Argued and submitted February 14, affirmed March 11, 2020

A. F.,
*Petitioner-Appellant,*

*v.*

DEPARTMENT OF HUMAN SERVICES,
Child Welfare Services,
Children, Adults and Families,
*Respondent-Respondent.*

Multnomah County Circuit Court
18CV43795; A170056

458 P3d 1141

Thomas M. Ryan, Judge.

Richard D. Cohen argued the cause and filed the briefs for appellant.

Julia Glick, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *V. G. v. Dept. of Human Services*, 302 Or App 804, 461 P3d 1104 (2020).